# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALMEDIA BRAGG, an individual<br><br>                Plaintiff,<br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOES I through X, inclusive.<br><br>                Defendant. | Case No. 2:10-cv-00165-LRH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Defendant, Las Vegas Metropolitan Police Department and Plaintiff, Almedia Bragg, by and through their attorneys of record hereby STIPULATE and AGREE that the above-captioned action be dismissed with prejudice.  Each party to bear their own attorney fees and costs.

DATED this 17th day of August 2010.                DATED this 17th day of August 2010.

FOX ROTHSCHILD LLP                                          NELSON LAW

By:   /s/ Lyssa S. Anderson                                 By:   /s/ Nicholas Hamilton
       Lyssa S. Anderson                                            Sharon L. Nelson, Esq.
       3800 Howard Hughes Parkway                       Nicholas Hamilton, Esq.
       Suite 500                                                            401 N. Buffalo Drive, Suite 100
       Las Vegas, Nevada  89169                              Las Vegas, Nevada 89145
       *Attorneys for Defendant*                                  *Attorneys for Plaintiff*
       *Las Vegas Metropolitan Police*
       *Department*

1
## ORDER

2  Pursuant to the Stipulation between Plaintiff, Almedia Bragg and Defendant, Las Vegas

3  Metropolitan Police Department, it is hereby

4  **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

5  DATED this 25th day of August 2010.

6

7  _____

8  LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24